UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| PAUL G. KAHN, | |
| Plaintiff, | 3:10-cv-0709-LRH-VPC |
| vs. | |
| | ORDER OF DISMISSAL WITHOUT |
| UTLS DEFAULT SERVICES, LLC, | PREJUDICE PURSUANT TO RULE 4(m) |
| et al., | FEDERAL RULES OF CIVIL |
| | PROCEDURES |
| Defendants. | |

Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is, dismissed without prejudice as to: LandAmerica Onestop, Inc.

DATED this 17th day of November, 2011.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE