1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

DISTRICT OF NEVADA

9
10
11

12  PAUL G. KAHN,

13            Plaintiff,

14     vs.

15  UTLS DEFAULT SERVICES, LLC;
    DEUTSCHE BANK NATIONAL TRUST
16  AS TRUSTEE FOR HARBORVIEW
    2005-4; US BANK HOME MORTGAGE;
17  AND DOWNEY SAVINGS & LOAN
    ASSOCIATION,
18

19            Defendant.

20

Case 3:10-cv-00709-LRH-VPC

**STIPULATION AND ORDER TO
EXTEND DEADLINE TO FILE
RESPONSE TO MOTION FOR LEAVE
TO FILE SUPPLEMENT TO MOTION
TO DISMISS**

21        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Paul G. Kahn,

22  ("Plaintiff") and Defendants U.S. Bank National Association, Successor in Interest to the Federal

23  Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A.

24  (improperly named as U.S. Bank Home Mortgage, a division of U.S. Bank National Association,

25  and as Downey Savings and Loan Association) ("U.S. Bank") and Deutsche Bank National Trust,

26  as Trustee for Harborview 2005-4 ("Deutsche Bank") through counsel, Snell and Wilmer L.L.P.:

27        THAT Plaintiff may have up to and including May 7, 2012, to file a response to the

28  Motion For Leave to File Supplement to Motion to Dismiss.

DATED: April 27, 2012

PAUL G. KAHN
Plaintiff, Pro Se

DATED: April 27, 2012

BY:
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Robin E. Perkins, Esq.
Nevada Bar No. 9891
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200

## ORDER

IT IS SO ORDERED that Plaintiff may have up to and including May 7, 2012 to file a response to the Motion for Leave to File Supplement to Motion to Dismiss (Document #40).

DATED: this 30th day of April 2012.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2