UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

PAUL G. KAHN,

    Plaintiff,

v.

UTLS DEFAULT SERVICES, LLC; et al.,

    Defendants.

3:10-cv-0709-LRH-VPC

ORDER

    Before the court is defendants U.S. Bank, N.A. and Deutsche Bank National Trust's (collectively "defendants") motion to dismiss. Doc. #12.[1] Plaintiff Paul G. Kahn ("Kahn") filed an opposition (Doc. #23) to which defendants replied (Doc. #27).

    In December 2004, Kahn purchased real property through a mortgage note and deed of trust originated by defendant Downey Savings and Loan Association ("Downey"). Kahn defaulted on the mortgage and defendants initiated non-judicial foreclosure proceedings. Subsequently, Kahn filed a complaint against defendants (Doc. #7) to which defendants filed the present motion to dismiss (Doc. #12).

    The court has reviewed Kahn's complaint and finds that it fails to state a single cause of action upon which relief can be granted. Kahn's complaint is a rambling diatribe of accusations and

---

[1] Refers to the court's docket entry number.

the history of his mortgage. In his complaint, Kahn does not set out any direct causes of action but simply cites to various state statutes and the Uniform Commercial Code without context. As such, the court is unclear as to what exactly Kahn is alleging. Therefore, the court shall grant defendants' motion to dismiss, dismiss Kahn's present complaint, and grant Kahn leave to file an amended complaint that sets out specific causes of action upon which this court can rule.

IT IS THEREFORE ORDERED that defendants' motion to dismiss (Doc. #12) is GRANTED. Plaintiff's complaint (Doc. #7) is DISMISSED in its entirety.

IT IS FURTHER ORDERED that plaintiff shall have thirty (30) days to file an amended complaint.

IT IS FURTHER ORDERED that defendants' motion to supplement motion to dismiss (Doc. #40) is DENIED as moot.

IT IS SO ORDERED.

DATED this 21st day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE